**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

| | |
|---|---|
| CODY BUTLER,<br><br>     Plaintiff,<br><br>  -against-<br><br>ST. STANISLAUS KOSTKA CATHOLIC ACADEMY and THE DIOCESE OF BROOKYN<br><br>     Defendants. | NOTICE OF MOTION<br><br>*Oral Argument Requested*<br><br>19-CV-3574 (EK)(ST) |

**NOTICE OF DEFENDANTS ST. STANISLAUS KOSTKA CATHOLIC ACADEMY AND THE ROMAN CATHOLIC DIOCESE OF BROOKLYN, NEW YORK'S MOTION FOR SUMMARY JUDGMENT**

  **PLEASE TAKE NOTICE** that upon the (1) Notice of Motion, dated November 19, 2020; (2) Declaration of Richard J. Cea and Accompanying Exhibits, dated November 19, 2020; (3) Defendants St. Stanislaus Kostka Catholic Academy and the Roman Catholic Diocese of Brooklyn, New York's Statement of Undisputed Facts Pursuant to Local Rule 56.1, dated November 19, 2020 ; and (4) Memorandum of Law in Support of Defendants' Motion for Summary Judgment Pursuant to Rule 56 of the Federal Rules of Civil Procedure, dated November 19, 2020, Defendants St. Stanislaus Kostka Catholic Academy and the Roman Catholic Diocese of Brooklyn, New York ("Defendants") will move this Court at the District Court, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York before the Honorable Eric R. Komitee for an Order pursuant to Rule 56 of the Federal Rules of Civil Procedure dismissing the Complaint in full and for such other and further relief the Court deems just and proper. Defendants request oral argument in connection with their motion.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's October 20, 2020 order, Plaintiff's opposition to this motion is due by December 21, 2020, and Defendants' reply is due by December 31, 2020.

Dated: November 19, 2020
       Brooklyn, New York

                                       Respectfully Submitted,

                                       WINGATE, KEARNEY & CULLEN LLP

                                       By:     *s/ Richard J. Cea, Esq.*
                                       Richard J. Cea, Esq.
                                       45 Main Street, Ste. 1020
                                       Brooklyn, New York 11201
                                       *Attorneys for Defendants St. Stanislaus*
                                       *Kostka Catholic Academy and the Roman*
                                       *Catholic Diocese of Brooklyn, New York*

*Of counsel*
Mark E. Chopko, Esq.
Marissa Parker, Esq.
Stradley Ronon Stevens & Young, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103-7018


To:    Kathleen Peratis, Esq.
        Amy Biegelsen, Esq.
        Eliana Theodorou, Esq.
        Outten & Golden LLP
        685 Third Avenue, 25th Floor
        New York, New York 10017
        *Attorneys for Plaintiff*