

May 2, 2022

**VIA ECF**
The Honorable Eric R. Komitee
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

      Re:    *Cody Butler v. St. Stanislaus Kostka Catholic Academy*, et al.
              No. 19 Civ. 3574 (E.D.N.Y) EK-ST

Dear Judge Komitee:

      We represent Plaintiff in the above-captioned matter.

      As the Court knows, this matter was argued on June 9, 2021 and supplemental summary judgment briefing was fully submitted as of August 18, 2021, *see* ECF No. 74.  We write to inquire as to whether the Court would appreciate further argument or briefing on any topic, including the parties' supplemental summary judgment briefing, *see* ECF Nos. 68, 69, 73, or the Notice of Supplemental Authority Plaintiff filed in September 2021, *see* ECF Nos. 75-76, to assist the Court in ruling on the parties' cross-motions for summary judgment.  *See* ECF Nos. 57, 60.  Plaintiff would be glad to provide any additional authority or information that could assist the Court in reaching a decision.

                                                    Respectfully submitted,

                                                    /s/ Kathleen Peratis
                                                    Kathleen Peratis

cc: Counsel of record via ECF

**New York**  685 Third Avenue  25th Floor  New York, NY 10017  Tel (212) 245-1000  Fax (646) 509-2060
**San Francisco**  One California Street  12th Floor  San Francisco, CA 94111  Tel (415) 638-8800  Fax (415) 638-8810
**Washington DC**  601 Massachusetts Ave NW  Suite 200W  Washington, DC 20001  Tel (202) 847-4400  Fax (202) 847-4410

www.outtengolden.com